**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer O'CONNOR, | ) No. CV 05-1309 PHX- SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF PHOENIX, | ) |
| Defendant. | ) |

Pending before the Court is the parties' Stipulation to Extend Responses to Motions for Summary Judgment. [Doc. No. 58] Good cause appearing,

**IT IS ORDERED** that the parties' Stipulation to Extend Responses to Motions for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties will have until **November 6, 2006** to file their respective responses to the parties' motions for summary judgment with replies from each party being due on **November 20, 2006.**

DATED this 3rd day of October, 2006.

Stephen M. McNamee
United States District Judge