**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jennifer O'Connor, | ) | No. CIV 05-1309-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Roman Catholic Church of the Diocese of Phoenix, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation to Vacate Oral Argument [Doc. No. 65]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation to Vacate Oral Argument [Doc. No. 65] is **GRANTED**, and the Motion Hearing scheduled for December 11, 2006, is hereby **VACATED**.

DATED this 8th day of November, 2006.

Stephen M. McNamee
United States District Judge