**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer O'CONNOR, ) | No. CV 05-1309 PHX- SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ROMAN CATHOLIC CHURCH OF THE ) DIOCESE OF PHOENIX, ) | |
| Defendant. ) | |

Pending before the Court is the parties' Request for Extension of Deadline for Filing Replies. [Doc. No. 67] Good cause appearing,

**IT IS ORDERED** that the parties' Request for Extension of Deadline for Filing Replies [Doc. No. 67] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall have until **December 4, 2006** to file their respective replies to the parties' cross-motions for summary judgment and Defendant's Motion to Strike.

DATED this 14th day of November, 2006.

Stephen M. McNamee
United States District Judge